SCWC-16-0000162

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

JASON HESTER, Overseer of the Office of Overseer, a corporate
sole and his successors, over/for the Popular Assembly of
Revitalize, a Gospel of Believers,
Respondent/Plaintiff-Counterclaim Defendant-Appellee,

vs.

LEONARD G. HOROWITZ and THE ROYAL BLOODLINE OF DAVID,
Petitioners/Defendants-Counterclaimants-Appellants,

and

JACQUELINE LINDENBACH HOROWITZ,
Respondent/Defendant-Counterclaim-Plaintiff-Appellee,

and

PHILIP MAISE, Respondent/Intervenor-Appellee.
(CAAP-16-0000162; CIVIL NO. 05-1-0196)
-----------------------------------------------------------
JASON HESTER, an individual,
Respondent/Plaintiff-Counterclaim-Defendant-Appellee,

vs.

LEONARD G. HOROWITZ, an individual,
Petitioner/Defendant-Counterclaim-Plaintiff-Appellant,

and

SHERRI KANE, an individual,
Respondent/Defendant-Counterclaim-Plaintiff-Appellants,

and

THE ROYAL BLOODLINE OF DAVID, a Washington Corporation Sole,
Respondent/Defendant-Appellant,

and

MEDICAL VERITAS INTERNATIONAL, INC., a California
non-profit corporation, Respondent/Defendant.
(CAAP-16-0000163; CIVIL NO. 14-1-0304)
--------------------------------------------------------
JASON HESTER, Respondent/Petitioner-Appellee,

vs.

LEONARD G. HOROWITZ, Petitioner/Respondent-Appellant.
(CAAP-18-0000584; CIVIL NO. 17-1-407)

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS

<u>ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Nakayama, Acting C.J., McKenna, Pollack, and Wilson, JJ.,
and Circuit Judge Browning, in place of Recktenwald, C.J., recused)

Petitioner Leonard G. Horowitz's application for writ

of certiorari, filed on August 13, 2019, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, September 30, 2019.

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

/s/ R. Mark Browning